The parties stipulated that this cause be submitted on the record and briefs filed, and the oral arguments presented in the case of E. B. Stephenson, appellant, v. Commission-er of Internal Revenue, appellee (C. C. A.) 43 F.(2d) 348.

The decision of the Board of Tax Appeals is reversed, and the cause remanded for further proceedings in accordance with views expressed in the above-named cause, which has this day been determined.

## W. M. LEONARD, Appellant, v. COMMIS-SIONER OF INTERNAL REVENUE, Appellee.

### No. 8663.

Circuit Court of Appeals, Eighth Circuit.

Sept. 12, 1930.

T. S. Allen, of Lincoln, Neb. (H. J. Re-quartte and O. C. Wood, both of Lincoln, Neb., on the brief), for appellant.

Barham R. Gary, Sp. Asst. to Atty. Gen. (G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Joe S. Franklin, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for appellee.

Before STONE and VAN VALKEN-BURGH, Circuit Judges, and DAVIS, District Judge.

DAVIS, District Judge.

This is a petition to review a decision of the United States Board of Tax Appeals affirming the action of the Commissioner of Internal Revenue in asserting a deficiency of income tax for the years of 1921 and 1922.

The parties stipulated that this cause be submitted on the record and briefs filed, and the oral arguments presented in the case of E. B. Stephenson, appellant, v. Commission-er of Internal Revenue, appellee (C. C. A.) 43 F.(2d) 348.

The decision of the Board of Tax Appeals is reversed, and the cause remanded for further proceedings in accordance with views expressed in the above-named cause, which has this day been determined.

## E. J. FAULKNER and Jennie Faulkner, Execu-tors of the Estate of Albert O. Faulkner, De-ceased, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

### No. 8664.

Circuit Court of Appeals, Eighth Circuit.

Sept. 12, 1930.

T. S. Allen, of Lincoln, Neb. (H. J. Re-quartte and O. C. Wood, both of Lincoln, Neb., on the brief), for appellant.

Barham R. Gary, Sp. Asst. to Atty. Gen. (G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Joe S. Franklin, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for appellee.

Before STONE and VAN VALKEN-BURGH, Circuit Judges, and DAVIS, District Judge.

DAVIS, District Judge.

This is a petition to review a decision of the United States Board of Tax Appeals affirming the action of the Commissioner of Internal Revenue in asserting a deficiency of income tax for the years of 1921 and 1922.

The parties stipulated that this cause be submitted on the record and briefs filed, and the oral arguments presented in the case of E. B. Stephenson, appellant, v. Commissioner of Internal Revenue, appellee (C. C. A.) 43 F.(2d) 348.

The decision of the Board of Tax Appeals is reversed and the cause remanded for further proceedings in accordance with views expressed in the above-named cause, which has, this day been determined.